UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

EVELINE HENRIETTA ROSENBERRY,
          Plaintiff,

v.

CREDIT PROTECTION ASSOCIATION, et al.,
          Defendants.

No. C 10-2830 JF

**ORDER DENYING REQUEST FOR DEFENDANTS' CLAIMS REPRESENTATIVE AND ADMINISTRATOR, VICKIE GRANT, TO APPEAR TELEPHONICALLY AT THE MEDIATION**

Date:     December 20, 2010
Mediator:  Jessica Notini

      IT IS HEREBY ORDERED that the request for defendants' claims representative and administrator, Vickie Grant, to be excused from attending the mediation on December 20, 2010 before Jessica Notini is DENIED. The Court agrees with plaintiff's counsel that the mere cost and time of travel do not constitute 'an extraordinary or otherwise unjustifiable hardship,' as required by ADR L.R. 6-10(d). The Court granted earlier requests to excuse Ms. Grant because all parties consented to the request.

      IT IS SO ORDERED.

November 22, 2011
Dated

By: _____
Elizabeth D. Laporte
United States Magistrate Judge