Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
EVELINE HENRIETTE ROSENBERRY

**E-Filed 1/11/2011**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| EVELINE HENRIETTE ROSENBERRY,<br><br>                 Plaintiff,<br><br>v.<br><br>CREDIT PROTECTION ASSOCIATION, L.P., a Texas limited partnership; and ETAN GENERAL, INC., a Delaware corporation,<br><br>                 Defendants. | Case No. CV10-02830-JF-HRL<br>ORDER APPROVING<br>**NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

COMES NOW the Plaintiff, EVELINE HENRIETTE ROSENBERRY, by and through her counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and notifies the Court that this case has been settled.  The parties have entered into a settlement agreement which provides for dismissal of this case with prejudice once Defendants' settlement check clears the banking system.  Upon clearance of Defendants' settlement check, the parties will file a Stipulation of Dismissal with prejudice in this matter.  Plaintiff requests that the Case Management Conference scheduled for January 14, 2011, be continued for 30 days to allow the parties time to complete the settlement and file a stipulation dismissing this case.

/ / /

/ / /

---

|   |   |
|---|---|
| 1 | CONSUMER LAW CENTER, INC. |
| 2 |   |
| 3 | Dated: January 7, 2011    By: /s/ Fred W. Schwinn |
| 4 | Fred W. Schwinn, Esq. Attorney for Plaintiff |
| 5 | EVELINE HENRIETTE ROSENBERRY |

The Case Management Conference is continued to February 25, 2011.

IT IS SO ORDERED.

Dated: 1/11/2011

_____
JEREMY FOGEL
United States District Judge