Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
EVELINE HENRIETTE ROSENBERRY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| EVELINE HENRIETTE ROSENBERRY,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>CREDIT PROTECTION ASSOCIATION, L.P.,<br>a Texas limited partnership; and ETAN<br>GENERAL, INC., a Delaware corporation,<br><br>　　　　　　　　Defendants. | Case No. CV10-02830-JF-HRL<br><br>**STIPULATION OF DISMISSAL<br>AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, EVELINE HENRIETTE ROSENBERRY, and Defendants, CREDIT PROTECTION ASSOCIATION, L.P., and ETAN GENERAL, INC., stipulate, and the Court hereby orders, as follows:

　　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, EVELINE HENRIETTE ROSENBERRY, against Defendants, CREDIT PROTECTION ASSOCIATION, L.P., and ETAN GENERAL, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

- 2 -

| | |
|---|---|
| 1  Dated: January 25, 2011 | /s/ Fred W. Schwinn |
| 2 | Fred W. Schwinn, Esq. |
| | Attorney for Plaintiff |
| 3 | EVELINE HENRIETTE ROSENBERRY |

Dated: January 25, 2011                 /s/ David I. Dalby
                                        David I. Dalby, Esq.
                                        Attorney for Defendants
                                        CREDIT PROTECTION ASSOCIATION, L.P.,
                                        and ETAN GENERAL, INC.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: 1/31/11                          _____
                                        The Honorable Jeremy Fogel
                                        Judge of the District Court

---

- 2 -

STIPULATION OF DISMISSAL AND ORDER                 Case No. CV10-02830-JF-HRL